■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK E. WALKER, Appellant. [825 NYS2d 652]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Gorski, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK CRISLER, JR., Appellant. (Appeal No. 1.) [825 NYS2d 652]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK LENARD WILLIAMS, Appellant. [827 NYS2d 678]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Gorski, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRELL FLAGG, Appellant. [825 NYS2d 652]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES W. MADILL, Appellant. [825 NYS2d 652]—Motion for writ of error coram nobis denied. Present—Gorski, J.P., Martoche, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL R. TOPOLSKI, Appellant. [825 NYS2d 652]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Gorski and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. COMFORT, Appellant. [825 NYS2d 652]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Green and Pine, JJ.

■ RAYMOND D. MELSON, Appellant, v MICHAEL SEBASTIANO et al., Respondents. [825 NYS2d 652]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Gorski, Martoche and Smith, JJ.